UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-81502-DMM

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**BIG MAMA'S, LLC, d/b/a ANTHONY'S
CLAM HOUSE AND GRILL, a Florida
limited liability company**,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ and Defendant BIG MAMA'S, LLC, d/b/a ANTHONY'S

CLAM HOUSE AND GRILL, through their respective undersigned counsel, pursuant to Local Rule

16.4, hereby provide notice that the parties have reached a settlement and are in the process of

reducing the settlement to a written agreement and to filing the necessary dismissal document.  The

parties request that they be given twenty (20) days to finalize their settlement agreement and consent

decree and to file the appropriate dismissal documents.

      Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com

By____*s/ Roderick V. Hannah*____
    RODERICK V. HANNAH
    Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4355 N.W. 36th Street
Virginia Gardens FL 331
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

By ___*s/  Pelayo  M.  Duran*_____
    PELAYO M. DURAN
    Fla. Bar No. 0146595

**LAW OFFICES OF SEILER, SAUTTER, ZADEN, RIMES & WAHLBRINK**
Counsel for Defendant
2850 North Andrews Avenue
Fort Lauderdale, Florida 33311
T. 954/568-7000
954/568-2152 (Facsimile)
E-mail: swahlbrink@sszrlaw.com

By: _/s/ Steven A. Wahlbrink_____
    Steven A. Wahlbrink
    Fla. Bar No.17496