## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81502-CV-DMM

NELSON FERNANDEZ,

     Plaintiff,

v.

BIG MAMA'S, LLC, d/b/a ANTHONY'S
CLAM HOUSE AND GRILL, a Florida
limited liability company,

     Defendant.

_____/

## ORDER GRANTING MOTION FOR ENTRY OF CONSENT DECREE AND CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Joint Motion for Approval of Consent Decree and Dismissal of Case with Prejudice, filed January 22, 2025. (DE 12). The Court has carefully considered the Motion and the Consent Decree, which is attached to the Motion (DE 12-2), and which is signed by all Parties to this action.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion (DE 12) is **GRANTED**.

2. The Consent Decree (DE 12-2) is **APPROVED** and **INCORPORATED IN FULL.**

3. Because the Consent Decree resolves the entire case, this action is hereby **DISMISSED WITH PREJUDICE.**

4. Pursuant to the Parties' request, this Court will retain jurisdiction to enforce the Consent Decree for a period of six months from the date of this Order, or until June 23, 2025.

5.  Each party shall bear their own attorney's fees and costs except as detailed in the Parties' Consent Decree.

6.  All pending motions are hereby **DENIED AS MOOT**.

7.  The Clerk of Court is directed to **CLOSE THIS CASE**.

**SIGNED** in Chambers, in West Palm Beach, Florida this 23 day of January, 2025.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of record